# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-344 RHK/JMM Case Title: Andree D. Monson v. Credit Trust, et al.

**Affidavit of Movant**

I, Thomas Schaefer, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice David Israel, an attorney admitted to practice in the Eastern District of Louisana, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant NCO Systems f/k/a Credit Trust in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] 231587 9/22/01

Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, David Israel, am currently a member in good standing of the U.S. District Court for the Eastern District of Louisiana, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

David Israel [signature] 9/7/01

Type/Print Name Signature Date

Attorney License Number: La 7174

Law Firm Name & Address: Sessions Fishman & Nathan
201 St. Charles Ave 35th Fl.
New Orleans, LA 70170-3500

Telephone: (504) 582-1500

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

SEP 28 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED SEP 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK