UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDREE D. MONSON,

Plaintiff,

v.

CREDIT TRUST, MRS. HARPER, JOHN DOE, JANE DOE, PHIL NIX and RESHEENA HALSTEAD,

Defendants.

CIVIL NO. 01-344 (RHK/JMM)

ORDER

The above matter came on before the undersigned upon the Parties' filing of a Stipulation to Extend. The Court will treat the Stipulation as a Stipulated Motion to Amend the Pretrial Scheduling Order.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Parties' Stipulated Motion to Amend the Pretrial Scheduling Order is denied. See Local Rule 16.3.

Dated: October 11, 2001

JOHN M. MASON
United States Magistrate Judge

FILED OCT 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK